**No. 43359.**—Protests 830246–G, etc., of Meakins & Sons, Ltd. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cocoa fiber mats similar to those the subject of *United States* v. *Penn.* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43360.**—Protests 840338–G, etc., of Allied Stores Corp et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60), the protests were dismissed.

**No. 43361.**—Protests 733392–G, etc., of Amrein Freudenberg Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

MARCH 5, 1940

**No. 43362.**—Protest 992800–G of Dr. Gemma Barzilai. C. D. 275. Application by plaintiff for rehearing denied.

MARCH 7, 1940

**No. 43363.**—Protests 952207–G, etc., of W. R. Grace & Co. Abstract 43078. Application by plaintiffs for rehearing granted.

**No. 43364.**—Protests 938390–G, etc., of Kwong Yuen & Co., Inc. Abstract 43067. Application by Government for rehearing denied.

MARCH 5, 1940

**No. 43365.**—SUIT 4285.—*W. J. Lake & Co., Inc., et al.* v. *United States.* C. D. 171 affirmed. C. A. D. 94.